AO 108 (Rev 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2024 AUG 29 PM 3:44

CLERK
BY _____
DEPUTY CLERK

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Tether (USDT) in Target Wallet with address ending ) Case No. 2:24-mj-93
in 0x90 with a total balance of 36,552 USDT as of )
April 18, 2024 )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of __Vermont and Elsewhere__ is subject to forfeiture to the United States of America under __18__ U.S.C. § 981(a)(1) (A), (a)(1)(C), & (b)(1); 18 U.S.C. §§ 982(a)(1) & (b)(1); 21 U.S.C. §§ 853(e), (f)

(describe the property: )

See Attachment A, incorporated herein.

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Leah Bogdanowicz, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/29/24

_____
*Judge's signature*

City and state: Burlington, Vermont

Hon. Jerome J. Niedermeier, U.S. Magistrate Judge
*Printed name and title*