## ATTACHMENT A: PROPERTY TO BE SEIZED

Pursuant to this warrant, Tether shall provide the law enforcement officer/agency serving this document with the equivalent amount of USDT tokens that are currently associated with the virtual currency addresses referenced below, also referred to as the TARGET PROPERTY (*i.e.*, 36,552 USDT, with a value of $36,552 USD). Tether shall effectuate this process by (1) burning the USDT tokens currently associated with the virtual currency addresses referenced below and (2) reissuing the equivalent value of USDT tokens to a U.S. law enforcement-controlled virtual currency wallet. Tether shall provide reasonable assistance in implementing the terms of this seizure warrant and take no unreasonable action to frustrate its implementation.

Tether (USDT) held in the following Target Wallet, with the listed balance as of April 18, 2024:

i. Target Wallet   0x90E16E6FBaAfd644ea9020B7B49DF08da90118b8 with a balance of USDT 36,552.